IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00001-MP-AK

JOEL ACEVEDO,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 19, a letter from the Federal Bureau of Prisons requesting an extension of time in which to complete a mental health evaluation of the defendant. On February 20, 2006, this court entered an order committing the defendant to the custody of the Bureau of Prisons for a thirty day mental health evaluation pursuant to 18 U.S.C. §§ 4241(b), 4247(b) and 4247(c). However, the defendant did not arrive for evaluation until Match 27, 2006. The Bureau of Prisons is requesting that the adjusted thirty day period of examination end on April 26, 2006. This position is consistent with the court's order previous order requesting the evaluation: "The statutory commitment period provided in 18 U.S.C. § 4247(b) shall not commence until the day the defendant arrives at the facility for evaluation." Doc. 18 at 2. Accordingly, the request is hereby granted.

    **DONE AND ORDERED** this  *18th* day of April, 2006

                          *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge