IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.                                                    CASE NO. 1:06-cr-00001-MP-AK

JOEL ACEVEDO,

     Defendant.
_____/

### O R D E R

     A telephone status hearing was held in this case on Thursday, June 1, 2006.  During the

hearing, the parties indicated that they are ready to proceed with defendant's competency

hearing.  Accordingly, a hearing on the defendant's competency is hereby set for Thursday, July

20, 2006, at 1:30 p.m.  Furthermore, defendant's trial is hereby continued until the August 8,

2006, trial term.  The court finds that there would be no prejudice from continuing the trial and

that the interests of justice would be served by the continuance.  The Clerk is directed to forward

a copy of this order to the United States Marshals Office.

     **DONE AND ORDERED** this  *1st* day of June, 2006


        *s/Maurice M. Paul*
     Maurice M. Paul, Senior District Judge